JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER RUSSELL,<br><br>        Plaintiff,<br><br>   v.<br><br>PARADIGM PACKAGING WEST, LLC, and DOES 1 through 5, inclusive,<br><br>        Defendants. | Case No. EDCV 08-178-VAP (JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order granting Defendants' Motion for Summary Judgment, filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in Defendant's favor on Plaintiff's Complaint. The Court orders that such judgment be entered.

Dated: February 11, 2009

                                        *Virginia A. Phillips*
                                        VIRGINIA A. PHILLIPS
                                  United States District Judge